**Electronically Filed
Supreme Court
SCWC-11-0000557
15-SEP-2014
03:53 PM**

SCWC-11-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

SHERRI CASPER,
Petitioner and Respondent/Plaintiff-Appellant
and Cross-Appellee,

vs.

VIJAK S. AYASANONDA, M.D. and THE EMERGENCY GROUP, INC.,
Respondents and Petitioners/Defendants-Appellees
and Cross-Appellants,

and

LILY L.L.L. GALLAGHER, M.D. and THE QUEEN'S MEDICAL CENTER,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000557; CIV. NO. 09-1-0613-03)

ORDER REJECTING APPLICATIONS FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack and Wilson, JJ.)

Respondents and Petitioners/Defendants-Appellees and

Cross-Appellants Vijak S. Ayasanonda, M.D. and the Emergency Group,

Inc.'s Application for Writ of Certiorari filed on August 1, 2014

and Petitioner and Respondent/Plaintiff-Appellant and Cross-Appellee Sherri Casper's Application for Writ of Certiorari filed on August 4, 2014 are hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 15, 2014.

John Burke and
David Y. Suzuki
for petitioners Vijak S.
Ayasanonda, M.D. and
the Emergency Group, Inc.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



James J. Bickerton
for petitioner Sherri Casper

/s/ Richard W. Pollack

/s/ Michael D. Wilson